ent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant.

Elijah B. Fitts, Respondent, v. The Same, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.; Landon, J., not acting.

Daniel McElwain, Respondent, v. Charles Muldowney and others, Appellants. — Judgment affirmed, with costs. Opinion by Bockes, J.

Julia E. Hooghkirk, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

John Reilly, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order reversed, new trial granted on payment by defendant of costs of trial and of appeal. Opinion by Learned, P. J.

Patrick Leary, Plaintiff, v. The President, etc., of the Delaware and Hudson Canal Company, Defendants. — Motion for new trial denied, and judgment ordered for defendant on nonsuit, with costs. Opinion by Bockes, J.

Hugh Reilly, Respondent, v. The Hudson River Bridge Company of Albany, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Wilson H. Sherman and others, Respondents, v. James W. Caldwell and others, Appellants. — Judgment affirmed with costs. Opinion by Learned, P. J.

William C. Randall, Respondent, v. Frank Randall, Appellant. — Order affirmed, with costs. Opinion by Learned, P. J.; Landon, J., not acting.

In the Matter of the Judicial Accounting of John Hughes, as Guardian, etc. — Decree of surrogate affirmed, with costs against appellant. Opinion by Landon, J.

Mark T. Dunning, Appellant, v. Edwin R. Northrup and Roselle Vanderwerker, Respondents. — Judgment reversed, new trial granted, costs to abide. event. Opinion by Bockes, J.

William Slocum, Appellant, v. Mary R. Stoddard, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.; Bockes, J., not acting.

People ex rel. Burhans v. Supervisors. — Motion denied.

John Staats v. Thomas Garrett. — Motion to dismiss denied. Opinion by Fish, J.

Eugene A. Pratt, Respondent, v. Isaac Seeley, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Jacob H. Clute v. Robert Robinson and others. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Fish, J.; Landon, J., not acting.

* Thomas Ganley, Administrator, etc., Respondent, v. Troy City National Bank, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Edwin W. Hall, Appellant, v. The Whitehall Water Power Company, Limited, Respondent. — Judgment affirmed, with costs on opinion below. Landon, J., not acting.

Mary Renihan, Appellant, v. Martha A. Dennin, Individually and as Executrix. etc., of James Dennin, Deceased, Respondent. — Decree reversed, issues sent for trial at Rensselaer Circuit. Order and issues to be settled by Landon, J., costs to abide event. Opinion by Landon, J.

Mary J Dewey, as Administratrix, etc., of Henry Livingston, deceased, Respondent, v. The President, etc., of The Delaware and Hudson Canal Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Solomon Langlois, as Administrator, etc., of Henry Langlois, Deceased, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Mary S. Vischer, Respondent, v. James M. Andrews, Appellant, Impleaded, etc. — Judgment modified as per opinion, without costs. Order to be settled by Bockes, J. Opinion by Bockes, J., and by Learned, P. J., dissenting.

In the Matter of the Application of Joseph T. Stevens, a creditor, for the disposition of the Real Estate of John P. Dodge, Deceased, for the payment of his debts. — Decree of surrogate reversed, rehearing ordered, costs to abide event. Opinion by Bockes, J.; Landon, J., concurring in result; Learned, P. J., dissenting.

George McVie, Respondent, v. Henry G. McNaughton, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Mary O'Connor, Respondent, v. The Troy and West Troy Bridge Company, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Richard Smith, Appellant, v. George W. Robbins and others, Respondents. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Troy and Boston Railroad Company, Appellant. v. Boston, Hoosac Tunnel and Western Railway Company, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Theodore F. Miller, by Guardian, Plaintiff, v. Samuel D. Coykendall, Defendant. — New trial granted, costs to abide event. Opinion by Learned, P. J.

George A. Farnham and Henry K. Bush, Respondents, v. James A. Connors, Appellant. — Judgment reversed, new trial granted. Costs to abide event. Opinion by Landon. J.

Lorenzo Smith, as Receiver, etc., of Solomon Shaul, Appellant, v. Solomon Shaul and others, Respondents. — Judgment reversed, reference discharged, new trial granted, costs of appeal to abide event. Opinion by Landon, J.; Learned, P. J., concurring in result.

Frederick Turner, Appellant, v. The Chateaugay Ore Company, Respondent. — Judgment affirmed, with costs. Opinion by Fish, J.

Ebenezer Austin, Respondent, v. Royal G. Harris, Appellant. Judgment affirmed, with costs. Opinion by Fish, J.

Robert H. Moore and others, Appellants, v. The North River Construction Company and others, Respondents. — Judgment affirmed, with costs.

---

* In this and the following cases decided at this term the decisions were handed down December 27, 1884.